In the Matter of MICHAEL O'BRIEN, Appellant, against THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY et al., Respondents.

(Argued October 5, 1932; decided November 22, 1932.)

*Herbert F. Roy* for appellant.

*T. Stewart Hubbard* for respondents.

Order affirmed, with costs, on the authority of *Matter of Buehler* v. *Board of Supervisors of Rensselaer County* (260 N. Y. 268). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.